UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:03-CR-101 |
| V. ) | (JORDAN/GUYTON) |
| ) | |
| CHRISTOPHER HANKINS, ) | |
| ) | |
| Defendant. ) | |

ORDER SCHEDULING DETENTION HEARING
AND PRELIMINARY HEARING

An initial appearance on was held in this case on April 8, 2009, on a Petition for Warrant for Offender Under Supervision. Ed Schmutzer, Assistant United States Attorney, was present representing the government, and Jonathan Moffatt, Assistant Federal Defender, was present representing the defendant. The defendant was present. Upon motion of the government for detention stating that the defendant was a danger to the community, and pursuant to 18 U.S.C. § 3142, it is ordered that a detention hearing / preliminary hearing is scheduled for **Monday, April 13, 2009 at 2:30 p.m.** before the undersigned, pursuant to Federal Rules of Criminal Procedure Rule 5.1 and 18 U.S.C. § 3060.

If probable cause is found at the preliminary hearing, then the defendant shall appear before the **Honorable Leon Jordan, United States District Judge**, for a revocation hearing on **April 27, 2009 at 10:00 a.m.**

For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1)   Defendant be detained;

(2)   Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)   Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

ENTER:

   s/C. Clifford Shirley, Jr.   
United States Magistrate Judge